IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIMMIE D. SIMPSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-07-CV-1276-M |
| | § | |
| CESAR RODRIGUEZ, Individually | § | |
| and d/b/a C&B TRUCKING, ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the

Findings and Recommendation of the United States Magistrate Judge dated June 13, 2008, the Court

finds that the Findings and Recommendation of the Magistrate Judge are correct and they are

accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United

States Magistrate Judge are accepted. The district clerk shall strike the pleadings of defendant Cesar

Rodriguez and enter an interlocutory default judgment against him on the issue of liability. Plaintiff

shall be required to prove damages, including liability for any punitive damages.

**SO ORDERED** this 11th day of July, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS